UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

        Plaintiff,

  v.                                  Case No. 07-CR-0176

DARIN V. KAQUATOSH,

        Defendant.

**ORDER**

Based upon the stipulation of the parties in the above matter, **IT IS HEREBY ORDERED** that the Judgment of Conviction be amended to include the following:

The defendant is ordered to pay restitution in the amount of $13,681.69 to Wisconsin Medicaid subject to the following payment schedule:

- 25% of prison earnings paid quarterly while incarcerated within the Bureau of Prisons;
- $100.00 per month following his release from prison.

In all other respects, the Judgment previously entered shall remain in full force and effect.

Dated this  26th  day of March, 2008.

                                                    s/ William C. Griesbach
                                                  William C. Griesbach
                                                  United States District Judge