UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

       Plaintiff,

v.                                          Case No. 07-CR-176

DARIN V. KAQUATOSH,

       Defendant.

## ORDER DENYING TRANSCRIPT REQUEST AND
## WAIVER OF TRANSCRIPT FEES

Defendant Darin V. Kaquatosh, entered a plea of guilty to one count of Assault Resulting in Serious Bodily Injury on September 27, 2007. He was sentenced to seventy-two months imprisonment and, thereafter, a three-year term of supervised release. Judgment was entered on February 4, 2008, and an Amended Judgment addressing restitution was entered on March 31, 2008. The defendant has not filed an appeal.

On October 27, 2008, defendant filed a letter requesting the Court "authorize a free copy of the Sentencing transcripts". Kaquatosh asserts that he "recently learned that there are times with the Federal Prison System when [sic] classification matter may arise that pertains to my points and/or criminal history that can be favorably resolved in most instances when a sentencing transcript is available to resolve the issue". Kaquatosh states that he can not afford to pay for the transcript himself and fails to state any actual need for the transcript. As indicated, no appeal was taken and there is currently no post-conviction motion pending before the Court. No transcript was prepared

or filed in this case. Absent some indication as to why Kaquatosh is in true need of the transcripts, his motion will be denied. The Court is unable to provide copies of transcripts *in case* there is an opportunity within the Federal Prison System where having a copy of the transcript might prove helpful.

For the above reasons, defendant's letter request that this Court provide copies of his sentencing transcript and waive transcript fees is hereby **DENIED**.

**SO ORDERED** this 30th day of October, 2008.

s/ William C. Griesbach
WILLIAM C. GRIESBACH
United States District Judge